

# NUMBER 13-25-00487-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF W.T.D. AND L.B.D., CHILDREN

## ON APPEAL FROM THE 156TH DISTRICT COURT
## OF LIVE OAK COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Peña and West**
**Memorandum Opinion by Justice West**

On October 9, 2025, appellant filed a notice of appeal attempting to appeal an order or judgment in trial court cause number LCV110097. The filing fee was due on October 20, 2025. On November 25, 2025, the Clerk of the Court requested that appellant pay the $205.00 filing fee for the notice of appeal within ten days. *See* Tex. R. App. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."); Tex.

GOV'T CODE ANN. § 51.207 (delineating the required fees and costs in an appellate court).

To date, appellant has failed to pay the filing fee for the notice of appeal or otherwise respond to the clerk's notice. This Court has the authority to dismiss an appeal because the appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See id.* R. 42.3(b), (c); *Smith v. DC Civil Constr., LLC*, 521 S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.). Here, appellant has not paid the appellate filing fee. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

JON WEST
Justice

Delivered and filed on the
5th day of February, 2026.